

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00453-CV

In the Interest of **R.C.H.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02163
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the termination order is AFFIRMED. Counsel's motion to withdraw is DENIED.

SIGNED October 10, 2018.

Karen Angelini, Justice